IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VICTORIA DOUGLAS,

        Plaintiff,        Civil No. 05-6012-JE

  vs.

                                ORDER

JO ANNE B. BARNHART,

        Defendant.

REDDEN, Judge:

      Magistrate Judge Jelderks filed his Findings and Recommendation on December 27, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983); see also, Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

      Accordingly, I ADOPT the Magistrate's Findings and Recommendation (doc. 15) that the action be remanded to the Agency for further consideration of issues relating to impairment to plaintiff's right hand, as discussed in the Findings and Recommendation,

1  -   ORDER

and any other issues that might become necessary after resolution of the right hand impairment.

IT IS SO ORDERED.

Dated this 26th day of January, 2006.


                                               /S/ James A. Redden
                                                    James A. Redden
                                             United States District Judge