Mark Manning
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, #200
Eugene, OR 97401
(541) 686-1969
mamanning@chwb.net
Of Attorneys for the Plaintiff

RECVD '06 FEB 21 14:22 USDC-ORP

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| VICTORIA DOUGLAS, | ) | |
| | ) | Civil No. 05-6012-JE |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR PAYMENT OF ATTORNEY'S |
| JO ANNE B. BARNHART, | ) | FEES PURSUANT TO EAJA |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

After considering the stipulated Motion for entry of an order awarding attorney's fees submitted by the parties herein, the Stipulated Motion for payment of attorney fees is hereby granted, and an attorney fee in the amount of $1,764.49 is awarded to plaintiff's attorney, Mark Manning, as full settlement of any and all claims for attorney fees under EAJA. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this 2d day of March, 2006.

_____
U.S. ~~District~~ Judge
Magistrate

PRESENTED BY:

By: _____
Mark A. Manning
OSB #00311
Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA